IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO:  10-23244-CIV-UNGARO

ROGER CHAVEZ,

    Plaintiff,

v.

MERCANTIL COMMERCEBANK, N.A.,

    Defendant.

_____/

## AMENDED COMPLAINT

COMES NOW the Plaintiff ROGER CHAVEZ, by and through his undersigned counsel, and sues the Defendant MERCANTIL COMMERCEBANK, N.A., and alleges as follows:

1. This is an action for damages in excess of $15,000 exclusive of interest and costs.

2. Defendant MERCANTIL COMMERCEBANK, N.A. ("BANK") is a national banking association doing business in Miami-Dade County, Florida.

3. At all times relevant hereto the Plaintiff maintained an account with the Defendant BANK.

4. On or about February 7, 2008 the Defendant BANK, apparently relying on a wire transfer request form purportedly executed in person at the BANK by Plaintiff, wire transferred the sum of $329,500 from the Plaintiff's account to the account of an unknown third party.

5. The Plaintiff did not sign the wire transfer request form and did not authorize anyone to sign it on his behalf.

6. The wire transfer request form was not effective as the order of Plaintiff and constituted a forgery.

7. The Funds Transfer Agreement governing the disbursement of funds by wire transfer from Plaintiff's account does not include a security procedure for the physical verification of Plaintiff as the bank customer, the procedures set forth in said agreement were not a commercially reasonable method for providing security in the circumstances present herein and/or the Defendant BANK failed to accept the alleged payment order in good faith and in compliance with the alleged security procedure.

8. Immediately after learning of the unauthorized transfer Plaintiff notified the Defendant BANK of same and demanded that his account be recredited for the amount improperly transferred, which the Defendant BANK refused.

9. The wire transfer of $329,500 from Plaintiff's account was unauthorized, improper and in violation of the Defendant BANK's obligations to its customer.  It was also in violation of the applicable provisions of the Uniform Commercial Code, including, but not limited to, F.S. §670.204.

10. As a direct and proximate result of the BANK's actions the Plaintiff has been damaged in the sum of $329,500, together with appropriate interest.

11. By reason of the Defendant BANK's refusal to recredit Plaintiff's account, Plaintiff has been compelled to retain the services of the undersigned counsel and has agreed to pay counsel a reasonable fee for their services.  Pursuant to paragraph 15 of the Funds Transfer Agreement, Defendant is liable for same.

12. All conditions precedent, if any, to the maintenance of this action have occurred and/or have been waived.

WHEREFORE the Plaintiff ROGER CHAVEZ demands judgment against the Defendant MERCANTIL COMMERCEBANK, N.A, for damages of no less than $329,500

*CASE NO: 10-23244-CIV-UNGARO*

together with interest, costs, reasonable attorney's fees and such other and further relief as to the Court may seem just and proper.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on _____, 2010, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                        By:    s/ Robert G. Post_____
                                ROBERT G. POST, ESQ.
                                Florida Bar No: 0789909
                                **POST & ROMERO**
                                3195 Ponce de Leon Blvd.
                                Suite 400
                                Coral Gables, Florida 33134
                                Telephone: (305) 445-0014
                                Facsimile: (305) 445-6872
                                rgp@postandromero.com
                                Counsel for the Plaintiff
                                ROGER CHAVEZ

*CASE NO: 10-23244-CIV-UNGARO*

**SERVICE LIST**
CASE NO: 10-23244-CIV-UNGARO
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

David S. Garbett, Esq.
Garbett, Stiphany, Allen & Roza, P.A.
Counsel for Defendant
MERCANTIL COMMERCEBANK, N.A.
Brickell Bayview Centre, Suite 3100
80 SW 8th Street
Miami, Florida 33130
Telephone: (305) 536-8861
Facsimile:  (305) 579-4722
dgarbett@lbgslaw.com