**GRACE V. McGUIRE**
**BANKING CONSULTANT**
One Grove Isle Drive #1507
Miami, Florida 33133

June 28, 2011

Robert G. Post, Esq.
Post & Romero
3195 Ponce de Leon Blvd. – Suite 400
Coral Gables, Florida 33134

---

**STATEMENT OF FEES**

RE:  <u>Chavez v. Mercantil Commercebank</u>

  Deposition – June 16, 2011 – Grace V. McGuire

  5.00 hours (4 hours deposition, plus 1 hour travel time) @ $400.00 ........................ $ 2,000.00

**PLEASE MAKE CHECK PAYABLE TO:**

**GRACE V. McGUIRE**

---