GRACE V. McGUIRE
BANKING CONSULTANT
One Grove Isle Drive #1507
Miami, Florida 33133


SECOND NOTICE
JULY 31, 2011


June 28, 2011


Robert G. Post, Esq.
Post & Romero
3195 Ponce de Leon Blvd. – Suite 400
Coral Gables, Florida 33134

---

STATEMENT OF FEES


RE:   Chavez v. Mercantil Commercebank

   Deposition – June 16, 2011 – Grace V. McGuire

   5.00 hours (4 hours deposition, plus 1 hour travel time) @ $400.00 ...................... $ 2,000.00


PLEASE MAKE CHECK PAYABLE TO:

GRACE V. McGUIRE

---