UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23244-CIV-TORRES

ROGER CHAVEZ,

    Plaintiff,

v.

MERCANTIL COMMERCEBANK, N.A.,

    Defendant.

_____/

## FINAL JUDGMENT

This matter is before the Court following entry of an Order granting Defendant's Motion for Summary Judgment [D.E. 106] and Defendant's Motion for Entry of Judgment that was Granted on this date. [D.E. 112]. Based upon this record, it is hereby **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Mercantil Commercebank, N.A. and against Plaintiff Roger Chavez as to all claims raised in this action. The case is now CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2011.

                                                                 EDWIN G. TORRES
                                                         United States Magistrate Judge