FILING FEE
PAID 455.00
~~In Forma Pauperis~~
29696
Steven M. Larimore, Clerk

FILED by VJA D.C.
DEC 08 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-23244-CIV-TORRES

CONSENT CASE

ROGER CHAVEZ,

    Plaintiff,

v.

MERCANTIL COMMERCEBANK, N.A.,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY given that ROGER CHAVEZ, Plaintiff, in the above captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 16th day of November 2011.

DATED this 8TH day of December, 2011.

By: _____
ROBERT G. POST, ESQ.
Florida Bar No: 0789909
**POST & ROMERO**
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, Florida 33134
Telephone: (305) 445-0014
Facsimile: (305) 445-6872
rgp@postandromero.com
Counsel for the Plaintiff
ROGER CHAVEZ