FILED by _____ D.C.
ELECTRONIC

**MAY 03 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 03, 2012

Joseph David Perkins
Garbett Stiphany Allen & Roza, PA
80 SW 8TH ST STE 3100
MIAMI, FL 33130

Appeal Number: 11-15804-DD
Case Style: Roger Chavez v. Mercantil Commercebank, N.A.
District Court Docket No: 1:10-cv-23244-EGT

The following action has been taken in the referenced case:

    Appellee MCB's Agreed Motion to Correct the Record is GRANTED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/jsc
Phone #: (404) 335-6176

MOT-2 Notice of Court Action



IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 25 2012

JOHN LEY
CLERK

Case No.: 11-15804-DD

ROGER CHAVEZ                    )
                               )
        Plaintiff / Appellant, )
                               )
v.                             )
                               )
MERCANTIL COMMERCEBANK,        )
N.A.,                          )
                               )
        Defendant/ Appellee.   )

On Appeal from the United
States District Court, Southern
District of Florida
Case No.: 1:10-cv-23244-EGT

## APPELLEE MCB'S AGREED MOTION TO CORRECT THE RECORD

Appellee Mercantil Commercebank, N.A. ("MCB"), pursuant to 11th Cir. R. 27-1(c)(7), with the agreement of Appellant Roger Chavez ("Chavez"), respectfully requests that the Court enter an order, or that the Clerk exercise its authority under 11th Cir. R. 27-1(c)(7), to correct the record in this appeal.   In support of this motion, MCB would show the Court as follows:

1.    Chavez appeals the lower court's Order on MCB's Motion for Summary Judgment. DE 106.

2.    In MCB's Notice of Filing Documents in Support of Motion for Summary Judgment (MCB's "Notice of Filing"), MCB filed with the lower court certain documents supporting MCB's Motion for Summary Judgment. *See* DE 74.

GARBETT, STIPHANY, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

2 of 21

Case 1:10-cv-23244-EGT   Document 139   Entered on FLSD Docket 05/03/2012   Page 3 of 21

Case: 11-15804   Date Filed: 05/02/2012   11th Cir. Case No. 11-15804-DD
Dist. Ct. Case No. 1:10-cv-23244-EGT

With the lower court's approval (DE 91), MCB filed its Notice of Filing in hardcopy format under seal.[1]

3.      MCB's Notice of Filing included certain color copies.  Specifically, Exhibit G to Exhibit 1 (Declaration of Talia Pina; DE 74-8, pp. 1-2) and Exhibit A to Exhibit 7 (Declaration of Manny Fraga: DE 74-17, pp. 1-3) consist of color copies of the access log from MCB's AS400 computer system.  When preparing its Answer brief, MCB discovered that the District Court Clerk's scanned versions of these exhibits, which currently appear in the record, are not legible.

4.      MCB attaches the following documents to this Agreed Motion:

|  | Exhibit G to Exhibit 1 of Declaration of Talia Pina DE 74-8, pp. 1-2 | Exhibit A to Exhibit 7 of Declaration of Manny Fraga DE 74-17, pp. 1-3 |
|---|---|---|
| Current Record Version | **Attachment 1** | **Attachment 3** |
| Legible Color Copy | **Attachment 2** | **Attachment 4** |

5.      By this Agreed Motion, MCB respectfully requests that the Court or the Clerk replace DE 74-8, pp. 1-2 with the legible color version of such exhibit attached as Attachment 2 to this Agreed Motion and replace DE 74-17, pp. 1-3 with the legible color copy of such exhibit attached as Attachment 4 to this Agreed Motion.

---

[1] After entering its Order granting MCB's Motion for Summary Judgment, the lower court entered an order unsealing, *inter alia*, MCB's Notice of Filing. DE 110.

2

GARBETT, STIPHANY, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

3 of 21

WHEREFORE, Appellee MCB respectfully requests that the Court or the Clerk correct the record by replacing DE 74-8, pp. 1-2 with the legible color version of such exhibit attached as Attachment 2 to this Agreed Motion and replace DE 74-17, pp. 1-3 with the legible color copy of such exhibit attached as Attachment 4 to this Agreed Motion.

## APPELLEE MCB'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Appellee Mercantil Commercebank, N.A. ("MCB"), pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, hereby certifies the following to be all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that MCB or its counsel believes have an interest or may have an interest in the outcome of this appeal:

1.     MCB (Appellee);

2.     Mercantil Servicios Financieros (Beneficial Owner of Appellee);

3.     Mercantil Commercebank Voting Trust (Parent of Appellee);

4.     Garbett, Stiphany, Allen & Roza, P.A. (Attorneys for Appellee);

5.     David S. Garbett (Attorney for Appellee);

6.     Joseph D. Perkins (Attorney for Appellee);

7.     Mariola Sanchez (General Counsel for Appellee);

GARBETT, STIPHANY, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

Case 1:10-cv-23244-EGT   Document 139   Entered on FLSD Docket 05/03/2012   Page 5 of 21

Case: 11-15804   Date Filed: 05/02/2012   Page: 4 of 20   11th Cir. Case No. 11-15804-DD
Dist. Ct. Case No. 1:10-cv-23244-EGT

8.    Talia Pina (Employee of Appellee);

9.    Lolita Peroza (Employee of Appellee);

10.   Anna Stefanelli-Schmidt (Employee of Appellee);

11.   Rossana Gutierrez (Former Employee of Appellee);

12.   Grace McGuire (Expert Witness of Appellee);

13.   Dianne Flores (Expert Witness of Appellee);

14.   Roger Chavez ("Chavez") (Appellant);

15.   Post & Romero (Attorneys for Appellant);

16.   Robert G. Post, Esq. (Attorney for Appellant);

17.   Carlos Romero, Esq. (Attorney for Appellant);

18.   Christina Isabel Camacho (Spouse of Appellant);

19.   Charles Haywood (Expert Witness of Appellant);

20.   Hon. Edwin G. Torres (Magistrate Who Issued Final Judgment at Issue in this Appeal).

## **Corporate Disclosure Statement**

1.    MCB is a national bank organized and existing under the laws of the United States of America.   Mercantil Servicios Financieros, a Venezuelan company publicly traded in the Caracas Stock Exchange, beneficially owns MCB through its United States based holding company Mercantil Commercebank Voting Trust.

GARBETT, STIPHANY, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

Dist. Ct. Case No. 1:10-cv-23244-EGT

2.      Counsel certifies that no other parent, subsidiary or affiliate of MCB

has issued shares or debt securities to the public.

DATED: April 24, 2012.

> **GARBETT, STIPHANY, ALLEN & ROZA, P.A.**
> Counsel to MCB
> Brickell BayView Centre, Suite 3100
> 80 S.W. 8th Street
> Miami, Florida  33130
> Telephone:  (305) 536-8861
> Facsimile:  (305) 579-4722
>
> By:  _____
> David S. Garbett
> Fla. Bar # 356425
> Email: dgarbett@gsarlaw.com
> Joseph D. Perkins
> Email: jperkins@gsarlaw.com
> Fla. Bar # 41875

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served on April 24, 2012 on all

counsel of record on the attached Service List via hand delivery.

_____
Joseph D. Perkins

GARBETT, STIPHANY, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

Dist. Ct. Case No. 1:10-cv-23244-EGT

## **SERVICE LIST**

Robert G. Post, Esq.
rgp@postandromero.com
Post & Romero
Counsel to Chavez
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, Florida 33134
Telephone: (305) 445-0014
Facsimile:   (305) 445-6872

GARBETT, STIPHANY, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

# ATTACHMENT 1

### APPELEE MCB'S AGREED MOTION TO CORRECT THE RECORD

*Roger Chavez  v. Mercantil Commercebank, N.A.*

### IN THE UNITED STATES COURT
### OF APPEALS FOR THE ELEVENTH CIRCUIT

### Case No. 11-15804-DD

Case 1:10-cv-23244-EGT-1-1560.4   Document 74-8   Filed 05/03/2012   Entered on FLSD Docket 07/12/20/2   Page 1 of 2





# ATTACHMENT 2

## APPELEE MCB'S AGREED MOTION TO CORRECT THE RECORD

*Roger Chavez  v. Mercantil Commercebank, N.A.*

### IN THE UNITED STATES COURT
### OF APPEALS FOR THE ELEVENTH CIRCUIT

Case No. 11-15804-DD





# ATTACHMENT 3

## APPELLEE MCB'S AGREED MOTION TO CORRECT THE RECORD

*Roger Chavez  v. Mercantil Commercebank, N.A.*

IN THE UNITED STATES COURT
OF APPEALS FOR THE ELEVENTH CIRCUIT

Case No. 11-15804-DD

# EXHIBIT A

# TO DECLARATION OF MANNY FRAGA IN SUPPORT OF MCB'S MOTION FOR SUMMARY JUDGMENT





# ATTACHMENT 4

APPELEE MCB'S AGREED MOTION TO CORRECT THE RECORD

*Roger Chavez  v. Mercantil Commercebank, N.A.*

IN THE UNITED STATES COURT
OF APPEALS FOR THE ELEVENTH CIRCUIT

Case No. 11-15804-DD

# EXHIBIT A

# TO DECLARATION OF MANNY FRAGA IN SUPPORT OF MCB'S MOTION FOR SUMMARY JUDGMENT



