UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-23244-CIV-TORRES

CONSENT CASE

ROGER CHAVEZ,

    Plaintiff,

v.

MERCANTIL COMMERCEBANK, N.A.,

    Defendant.
_____/

**JOINT NOTICE OF FILING DEPOSITION
DESIGNATIONS FOR DEPOSITION OF ROGER CHAVEZ**

Plaintiff Roger Chavez and Defendant Mercantil Commercebank, N.A. pursuant to the Court's Order Setting Civil Trial Date, Pretrial Schedule, and Requiring Mediation (DE 150), hereby jointly file the deposition transcript of Roger Chavez with deposition designations, counter-designations, rebuttal designations, and objections.

DATED:  July 11, 2013

        GARBETT, STIPHANY, ALLEN & ROZA, P.A.

        Counsel to MCB
        Brickell BayView Centre, Suite 3100
        80 S.W. 8th Street
        Miami, Florida  33130
        Telephone:  (305) 536-8861
        Facsimile:   (305) 579-4722

        By:    /s/ Joseph D. Perkins
                Phillip A. Allen
                Fla. Bar. #338575
                Email: pallen@gsarlaw.com
                David S. Garbett

Case No. 10-23244-CIV-Torres

        Fla. Bar # 356425
        Email: dgarbett@gsarlaw.com
        Joseph D. Perkins
        Email: jperkins@gsarlaw.com
        Fla. Bar # 41875

/s/ Robert G. Post, Esq., signed with permission by
By:   /s/ Joseph D. Perkins
Robert G. Post, Esq.
rgp@postandromero.com
Post & Romero
Counsel to Chavez
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, Florida 33134
Telephone: (305) 445-0014
Facsimile:   (305) 445-6872

### CERTIFICATE OF SERVICE

    I certify that on July 11, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        /s/ Joseph D. Perkins

### SERVICE LIST

Robert G. Post, Esq.
rgp@postandromero.com
Post & Romero
Counsel to Chavez
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, Florida 33134
Telephone: (305) 445-0014
Facsimile:   (305) 445-6872

v:\1978\055\pleadings usdc\drafts\joint notice of filing depo designation-roger chavez.doc