UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23244-CIV-TORRES

CONSENT CASE

ROGER CHAVEZ,

    Plaintiff,

v.

MERCANTIL COMMERCEBANK, N.A.,

    Defendant.
_____/

## AMENDED FINAL JUDGMENT

This matter is before the Court following entry of the Final Judgment and Findings of Fact and Conclusions of Law [D.E. 182] and upon Plaintiff's Unopposed Motion for Entry of Separate Final Judgment ("Motion") [D.E. 183]. Having reviewed Plaintiff's Unopposed Motion and the record, it is hereby **ORDERED AND ADJUDGED** as follows:

(1)    Plaintiff's Unopposed Motion is **GRANTED**. This Amended Final Judgment is entered for the sole purpose of entering a final judgment separate and apart from the Court's previously issued "Final Judgment and Findings of Fact and Conclusions of Law" [D.E. 183], as requested in Plaintiff's Unopposed Motion.

(2)    Final Judgment is entered in favor of Plaintiff Roger Chavez, and against Defendant Mercantil Commercebank, N.A., as to the sole count of the Complaint.

(3)    Plaintiff Roger Chavez shall recover THREE HUNDRED TWENTY NINE THOUSAND FIVE HUNDRED DOLLARS ($329,500.00) from Defendant Mercantil

Commercebank, N.A., for which sum let execution issue, and for which postjudgment interest shall begin to accrue at the rate of 0.09 percent per annum pursuant to 28 U.S.C. § 1961. No prejudgment interest shall be awarded.

(4)  The Court reserves jurisdiction to enforce this Amended Final Judgment and enter any other Orders or Judgments contemplated herein or address any matters timely raised by the parties in accordance with the Federal Rules of Civil Procedure.

(5)  This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of June, 2014.

EDWIN G. TORRES
United States Magistrate Judge