UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  10-23244-CIV-TORRES

CONSENT CASE

ROGER CHAVEZ,

      Plaintiff,

v.

MERCANTIL COMMERCEBANK, N.A.,

      Defendant.

_____/

**NOTICE OF FILING OF AFFIDAVIT AND EXHIBITS
IN SUPPORT OF VERIFIED MOTION BY PLAINTIFF ROGER
CHAVEZ FOR FINAL JUDGMENT FOR REASONABLE ATTORNEY'S
<u>FEES AND NON-TAXABLE EXPENSES</u>**

PLAINTIFF ROGER CHAVEZ ("CHAVEZ"), hereby files the following in support of his Verified Motion for Final Judgment for Reasonable Attorney's Fees and Non-Taxable Expenses and Supporting Memorandum of Law:

1. Affidavit of Robert G. Post

   - Exhibit 1 – Retainer agreement between CHAVEZ and Post & Romero;

   - Exhibit 2 – Watkin retainer agreement;

   - Exhibit 3 – Funds Transfer Agreement;

   - Exhibit 4 – Understanding Your Deposit Agreement;

   - Exhibit 5 – Invoices;

   - Exhibit 6 – Billing worksheets;

   - Exhibit 7 – Non-taxable expenses.

CASE NO:  10-23244-CIV-TORRES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By:   s/ Robert G. Post
ROBERT G. POST, ESQ.
Florida Bar No:  0789909
**POST & ROMERO**
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, Florida 33134
Telephone:  (305) 445-0014
Facsimile:  (305) 445-6872
E-mail:  rgp@postandromero.com
eservice@postandromero.com
Counsel for the Plaintiff
ROGER CHAVEZ

2

CASE NO:  10-23244-CIV-TORRES

**SERVICE LIST**
CASE NO:  10-23244-CIV-TORRES
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

David S. Garbett, Esq.
Joseph D. Perkins, Esq.
Philip A. Allen, Esq.
Garbett, Stiphany, Allen & Roza, P.A.
Counsel for Defendant
MERCANTIL COMMERCEBANK, N.A.
Brickell Bayview Centre, Suite 3100
80 SW 8th Street
Miami, Florida 33130
Telephone:  (305) 536-8861
Facsimile:  (305) 579-4722
dgarbett@gsarslaw.com
jperkins@gsarlaw.com
pallen@gsarlaw.com