UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-23244-CIV-Torres (Consent Case)

ROGER CHAVEZ,

    Plaintiff,

v.

MERCANTIL COMMERCEBANK, N.A.,

    Defendant.
_____/

**MCB'S NOTICE OF FILING IN SUPPORT OF MCB'S MEMORANDUM OPPOSING CHAVEZ'S VERIFIED MOTION FOR FINAL JUDGMENT FOR REASONABLE ATTORNEY'S FEES AND NONTAXABLE EXPENSES**

**PLEASE TAKE NOTICE** that Defendant Mercantil Commercebank, N.A. ("MCB") files the following documents in support of MCB'S Memorandum Opposing Chavez's Verified Motion for Final Judgment for Reasonable Attorney's Fees and Nontaxable Expenses:

**Exhibit A:**    Brief of Appellant Roger Chavez, *Roger Chavez v. Mercantil Commercebank, N.A.*, Case No. 11-15804-DD (11th Cir.); and

**Exhibit B:**    Reply Brief of Appellant Roger Chavez, *Roger Chavez v. Mercantil Commercebank, N.A.*, Case No. 11-15804-DD (11th Cir.).

    Respectfully Submitted,

    GARBETT, STIPHANY, ALLEN & ROZA, P.A.
    Counsel to MCB
    Brickell BayView Centre, Suite 3100
    80 S.W. 8th Street
    Miami, Florida  33130
    Telephone:  (305) 536-8861
    Facsimile:  (305) 579-4722

    By:    /s/ Joseph D. Perkins

Case No. 10-23244-CIV-TORRES

David S. Garbett  
Fla. Bar # 356425  
Email: dgarbett@gsarlaw.com  
Joseph D. Perkins  
Fla. Bar # 41875  
Email: jperkins@gsarlaw.com  

### CERTIFICATE OF SERVICE

I certify that on August 15, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Joseph D. Perkins

### SERVICE LIST

Robert G. Post, Esq.  
rgp@postandromero.com  
Post & Romero  
Counsel to Chavez  
3195 Ponce de Leon Blvd.  
Suite 400  
Coral Gables, Florida 33134  
Telephone: (305) 445-0014  
Facsimile:   (305) 445-6872  

GARBETT, STIPHANY, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012